UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORGE T. GILL and<br>SONDRA GILL,<br><br>    Plaintiffs,<br><br>v.<br><br>JETBLUE AIRWAYS<br>CORPORATION,<br>    Defendant. | CIVIL ACTION NO. |

**NOTICE OF REMOVAL**

The defendant, JetBlue Airways Corporation ("JetBlue"), hereby seeks to remove the above-captioned matter from Suffolk Superior Court of the Commonwealth of Massachusetts to the United States District Court for the District of Massachusetts. In support thereof, JetBlue states that:

**Parties**

1. The plaintiffs, George T. Gill and Sondra Gill (the "Gills"), reside at 67 Raycroft Street, Quincy, Norfolk County, Massachusetts.

2. The defendant, JetBlue Airways Corporation, is a Delaware corporation with its principal place of business located at 118-29 Queens Boulevard, Forest Hills, New York.

**Facts**

3. This is a tort action brought by the Gills against JetBlue for injuries Mr. Gill allegedly sustained on or about February 1, 2009, at Boston Logan Airport. The Plaintiffs allege that Mr. Gill broke his left femur when he fell as JetBlue personnel transferred him to an aisle/boarding wheelchair in preparation for boarding a JetBlue flight to Tampa, Florida. The

Plaintiffs further allege that Mr. Gill developed complications from the injury and following surgery.

## Federal Jurisdiction

4. Original jurisdiction is conferred on this Court pursuant to 28 U.S.C. § 1332.

    a. This matter involves a controversy between citizens of different states.

    b. The Gills have has alleged damages with a value in excess of $75,000.00 exclusive of interest and costs.

## Removal Jurisdiction

5. Removal of this matter is appropriate pursuant to 28 U.S.C. § 1441.

    a. The United States District Court for the District of Massachusetts has original jurisdiction in this matter.

    b. This suit is pending in the Suffolk Superior Court of the Commonwealth of Massachusetts (Civ. Action No. SUCV2010-02695-A).

    c. The United States District Court for the District of Massachusetts embraces the place where such action is pending.

    d. JetBlue is a Delaware corporation with its principal place of business located in Forest Hills, New York.  Therefore, JetBlue is not a citizen of the Commonwealth of Massachusetts.  *See McCarthy v. Bank of New York/Mellon f/k/a Mellon Trust of New England, N.A.*, 2010 WL 2144241 (May 27, 2010) (citing *The Hertz Corp. v. Friend*, __ U.S. __, 130 S.Ct. 1181, 1193, __ L.Ed.2d __ (2010).

    e. This Notice of Removal is filed in this Court within 30 days after JetBlue's receipt on or about July 30, 2010 of a copy of the Plaintiffs'

      initial pleading setting forth the claims for relief upon which this action is based.

f.    Written notice of this Notice of Removal will be given to all adverse parties.

g.    A certified copy of this Notice of Removal will be filed with the Clerk of Suffolk Superior Court.

h.    Certified copies of all records and proceedings in the Suffolk Superior Court and a certified copy of the all docket entries in the Suffolk Superior Court will be filed within 30 days after filing this Notice in accordance with Local Rule 81.1.

WHEREFORE, the defendant, JetBlue Airways Corporation, requests that this Notice effectuate the removal of this action from Suffolk Superior Court of the Commonwealth of Massachusetts to this Court.

          Respectfully submitted,
          JetBlue Airways Corporation
          By its attorneys,

          /s/Christopher A. Kenney
          Christopher A. Kenney, BBO# 556511
          Kimberly A. Alley, Esq. BBO# 669123
          Kenney & Sams, P.C.
          Southborough Place
          134 Turnpike Road
          Southborough, MA 01772
          (508) 490-8500

## AFFIDAVIT OF COUNSEL

I, Christopher A. Kenney, counsel for the defendant, JetBlue Airways Corporation, depose that the statements contained in the foregoing Notice are true to the best of my knowledge and belief.

Signed under the penalties of perjury this 24th day of August, 2010.

/s/Christopher A. Kenney
Christopher A. Kenney

## CERTIFICATE OF SERVICE

I, Christopher A. Kenney, do hereby certify that I have served the foregoing on the counsel of record listed below by first class mail:

Gerald W. Sousa, Esq.
45 Bristol Drive
South Easton, MA 02375

/s/Christopher A. Kenney
Christopher A. Kenney